**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1296**

_____

SECRETARY OF CONGRESS,

Plaintiff - Appellant,

versus

STATE OF MARYLAND,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, Chief District Judge.
(CA-02-698-MJG)

_____

Submitted: May 16, 2002                    Decided: May 22, 2002

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Secretary of Congress, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

The Appellant, who refers to himself as the Secretary of Congress of the United States, appeals the district court's order dismissing his civil action against the State of Maryland as legally frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Secretary of Congress v. Maryland</u>, No. CA-02-698-MJG (D. Md. Mar. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>